```
MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
BLAKE STAMM (CTBA 301887)
Assistant United States Attorney
 11th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000
```

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIAN W. GRONER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. C-10-5291-EDL <br><br> STIPULATION FOR DISMISSAL <br> and ~~[proposed]~~ ORDER |

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED by and between the Plaintiff, Brian W. Groner, and Defendant, United States of America, as reflected by the signatures of their respective counsel as set forth below:

1. Pursuant to Rule 41(a)(2), that this action be dismissed without prejudice.

2. The parties agree to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

IT IS SO STIPULATED:

MELINDA HAAG
United States Attorney

_____/S_____
BLAKE STAMM
Assistant U.S. Attorney
Attorneys for the United States of America


_____/S_____
GREGORY R. WILSON
Attorney for Plaintiff

**ORDER**

Upon the stipulation of all parties to these proceedings, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is HEREBY ORDERED, ADJUDGED and DECREED that this action is hereby dismissed without prejudice.

**ORDERED** this <u>10th</u> day of <u>February</u>, 2011, at San Francisco, California.

_Elijah D. Laporte_
UNITED STATES MAGISTRATE JUDGE